## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

RE/MAX INTERNATIONAL, INC.,                   )
a Colorado corporation,                        )
                                               )
                 Plaintiff,                    )        Civil Action No. FILED: JUNE 9 , 2008
                                               )                         08CV3328
        v.                                     )                         JUDGE DARRAH
                                               )        Judge            MAGISTRATE JUDGE VALDEZ
RE/GAR REALTY, INC.                            )                         NF
an Illinois corporation,                       )
                                               )        Magistrate Judge
and                                            )
                                               )
PORFIRIO GARCIA,                               )
an individual,                                 )
                                               )
                 Defendants.                   )

### COMPLAINT AND JURY DEMAND - INJUNCTIVE RELIEF SOUGHT

Plaintiff RE/MAX INTERNATIONAL, INC. ("RE/MAX" or "Plaintiff") for its

Complaint against Defendants RE/GAR REALTY, INC. ("RE/GAR"), an Illinois corporation

and PORFIRIO GARCIA, an individual and resident of the state of Illinois ("Garcia"),

(collectively, "Defendants"), alleges as follows:

### Nature of the Action

1.      In this action, RE/MAX seeks injunctive and monetary relief for acts of trademark

infringement and unfair competition under the laws of the United States, Title 15, United States

Code; and for trademark infringement, unfair competition, and misappropriation of business

value under the common law of the state of Illinois.

### The Parties

2.      RE/MAX is a corporation incorporated under the laws of the state of Colorado with its principal place of business at 5075 South Syracuse Street, Denver, Colorado 80237-2712.

3.      RE/GAR is an Illinois corporation with its principal place of business at 3607 Grand Avenue, Gurnee, Illinois 60031. Upon information and belief, RE/GAR provides real estate brokerage services in this District.

4.      On information and belief, Porfirio Garcia is an Illinois resident residing within this District. Upon information and belief, Garcia is a licensed real estate broker with RE/GAR, personally controls and directs the activities of RE/GAR, and provides real estate sales services on behalf of, or for the benefit of himself and RE/GAR, in this District.

### Jurisdiction and Venue

5.      This action arises under §§ 1114(1) and 1125(a) of the Trademark Act of July 5, 1946, as amended, commonly known as the Lanham Act, 15 U.S.C. § 1051 *et seq.*; Illinois Trademark Act, 765 ILCS 1036, Section 60; and the common law of the state of Illinois.

6.      The Court has jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1338 and 1367.

7.      Venue is proper within this judicial district under 28 U.S.C. § 1391(b).

### Background Facts

8.      Throughout the United States, RE/MAX provides real estate brokerage services through a network of franchisees and affiliated independent contractor/sales associates who are authorized to use the RE/MAX trademarks in connection with providing real estate brokerage services (the "RE/MAX Network").

2

9.    Since at least as early as 1973, those affiliated with the RE/MAX Network have provided real estate brokerage services in interstate commerce in the United States under the marks "RE/MAX" and "REMAX". RE/MAX is the owner of U.S. Trademark Registration Nos. 1,139,014; 1,339,510; and 2,403,626 for the service mark "RE/MAX" and U.S. Trademark Registration Nos. 2,054,698 and 2,106,387 for the service mark "REMAX" (collectively, the "RE/MAX name trademark").    RE/MAX also is the owner of Illinois Trademark Registration No. 08131985 for RE/MAX.    Copies of these registrations are attached hereto as **Exhibit A**. U.S. Trademark Registration Nos. 1,139,014 and 1,339,510 have achieved incontestability under 15 U.S.C. § 1065.    The federal registration rights and common law rights of RE/MAX in the RE/MAX name trademark are collectively referred to as the "RE/MAX trademarks."

10.    The RE/MAX trademarks are used on a variety of advertising media including yard signs, business cards, Internet web sites, directional signs, open house signs, hot and cold air balloons, television commercials, billboards, bus stop benches, banners and other advertising and promotional items.    RE/MAX has also used extensively in its marketing materials and signs the colors red, white and blue.    RE/MAX has developed trademark and trade dress rights in various arrangements and use of those colors.

11.    As a result of substantial sales and extensive advertising and promotion over a period of thirty years, the RE/MAX trademarks have become widely and favorably known as identifying real estate brokerage services originating from, sponsored by or associated with the RE/MAX Network.    Indeed, the RE/MAX trademarks are famous.    The public has come to associate the famous RE/MAX trademarks with the RE/MAX Network as a source of high quality real estate brokerage services.

**Defendants' Activities**

12.     On information and belief, since at least as early as 2006, Defendants incorporated under the name RE/GAR Realty Corporation.  Defendants are in the business of providing real estate brokerage services in competition with the RE/MAX Network.

13.     Since at least as early as 2006, Defendants began doing business using the confusingly similar name and service mark "RE/GAR" (the "RE/GAR mark") with real estate brokerage services. As shown on **Exhibit B** attached hereto, Defendants' have used their RE/GAR mark on their website, in other marketing materials and in connection with their signage a red, white and blue color scheme.  Defendants have also used in advertising real estate brokerage services a slash separating the RE from the GAR part of the mark. The stylized red and blue RE/GAR imitate and infringe the RE/MAX name trademark (see **Exhibit C** hereto).

14.     The conduct of Defendants as described is likely to cause confusion or mistake, or deceive the purchasing public to believe that Defendants are affiliated with, related to, sponsored by or connected with RE/MAX or the RE/MAX Network. The conduct of Defendants described herein is likely to cause consumer confusion as to an affiliation or connection between Defendants and RE/MAX, and thereby permits Defendants to trade on the goodwill which RE/MAX has developed over the years.

15.     Defendants' use of the infringing RE/GAR mark and name, and their imitation and infringement of the RE/MAX horizontal bar design and the RE/MAX trademarks as described herein has damaged the value of the RE/MAX marks in an amount as yet undetermined.

## COUNT I
### Trademark Infringement Under Federal Law

16.    RE/MAX repeats and realleges the allegations contained in the foregoing paragraphs 1-17. This is a claim for infringement of RE/MAX's federally registered trademarks, as depicted in the attached Exhibit A. The acts complained of herein also constitute an attempt to trade on the goodwill that RE/MAX has developed, all to the damage of RE/MAX.

17.    The acts of Defendants complained of herein are likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others whereby purchasers and others would be led to believe mistakenly that Defendants are affiliated with, related to, sponsored by or connected with RE/MAX or the RE/MAX Network, in violation of 15 U.S.C. § 1114(1).

18.    By the acts complained of herein, Defendants have caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, damage and injury to RE/MAX.

19.    RE/MAX has no adequate remedy at law.

## COUNT II
### Unfair Competition Under Federal Law

20.    RE/MAX repeats and realleges the allegations contained in the foregoing paragraphs 1-19.

21.    On information and belief, Defendants' unlawful acts include, without limitation, the following:

a.    Defendants have intercepted and diverted business intended for RE/MAX or the RE/MAX Network;

b.    Defendants have used the confusingly similar RE/GAR mark and name, and in order to draw interest to its business location;

5

c.    Defendants have used the confusingly similar RE/GAR mark and name in advertisements to create confusion as to Defendants' affiliation or connection with RE/MAX and/or the RE/MAX Network ; and

22.    The acts of Defendants complained of herein constitute use of a false designation of origin which is likely to cause confusion, mistake or deception as to origin, sponsorship or approval; and constitute a false and/or misleading statement; all in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). The acts of Defendants complained of herein also constitute an attempt to trade on the goodwill that RE/MAX has developed, all to the damage of RE/MAX.

23.    By the acts complained of herein, Defendants have caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, damage and injury to RE/MAX.

24.    RE/MAX has no adequate remedy at law.

## COUNT III
### Trademark Infringement in Violation of Illinois Trademark Act, 765 ILCS 1036, Section 60

25.    RE/MAX repeats and realleges the allegations contained in the foregoing paragraphs 1-24. This is a claim for infringement of RE/MAX's rights as a result of its Illinois state registration. The acts complained of here also constitute an attempt to trade on the goodwill that RE/MAX has developed, all to the damage of RE/MAX.

26.    The acts of Defendants complained of herein are likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others whereby purchasers and others would be led to believe mistakenly that Defendants are affiliated with, related to, sponsored by

or connected with RE/MAX or the RE/MAX Network, in violation of Illinois Trademark Act, 765 ILCS 1036, Section 60.

27.     By the acts complained of herein, Defendants have caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm damage and injury to RE/MAX.

28.     RE/MAX has no adequate remedy at law.

**COUNT IV**
**Trademark Infringement Under Common Law**

29.     RE/MAX repeats and realleges the allegations contained in the foregoing paragraphs 1-28.    This is a claim for infringement of the RE/MAX trademarks.    The acts complained of herein also constitute an attempt to trade on the goodwill which RE/MAX has developed, all to the damage of RE/MAX.

30.     On information and belief, the acts of Defendants complained of herein are likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others whereby purchasers and others would be led to mistakenly believe that Defendants are affiliated with, related to, sponsored by or connected with RE/MAX or the RE/MAX Network, in violation of the common law of trademark infringement of the state of Illinois.

31.     By the acts complained of herein Defendants have caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, damage and injury to RE/MAX.

32.     RE/MAX has no adequate remedy at law.

*DEN 96648443v1 June 9, 2008*

## COUNT V
### Unfair Competition Under Common Law

33.     RE/MAX repeats and realleges the allegations contained in the foregoing paragraphs 1-32.

34.     On information and belief, the acts of Defendants complained of herein constitute misappropriation of valuable property rights of RE/MAX and trading on the goodwill symbolized by the distinctive and famous RE/MAX trademarks and are thereby likely to confuse and deceive members of the purchasing public.  By virtue of their aforementioned acts, Defendants have engaged in unfair competition in violation of the common law of unfair competition of the state of Illinois.

35.     By the acts complained of herein Defendants have caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, damage and injury to RE/MAX.

36.     RE/MAX has no adequate remedy at law.

## COUNT VI
### Misappropriation of Business Value Under Common Law

37.     RE/MAX repeats and realleges the allegations contained in the foregoing paragraphs 1-36.

38.     RE/MAX has expended substantial time, effort and money in creating and developing goodwill in the RE/MAX trademarks, and the distinctiveness and/or famousness of the RE/MAX trademarks.

39.     Defendants, through the acts as alleged herein, have unfairly appropriated the goodwill, distinctiveness and/or famousness of the RE/MAX trademarks without compensating RE/MAX.

8

40.    On information and belief, Defendants have enjoyed and appreciated benefits, including economic benefits, from the unfair appropriation of the goodwill, distinctiveness and/or famousness of the RE/MAX trademarks.  By virtue of their aforementioned acts, Defendants have engaged in misappropriation of business value in violation of the common law of unfair competition of the state of Illinois.

41.    By the acts complained of herein Defendants have caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, damage and injury to RE/MAX.

42.    RE/MAX has no adequate remedy at law.

### Relief Sought

WHEREFORE, RE/MAX asks this Court to:

A.    Grant a preliminary and permanent injunction restraining and enjoining Defendants, and any principals, agents, servants, employees, successors and assigns of Defendants and all those in privity, concert or participation with the Defendants from:

(i)    imitating, copying, duplicating or otherwise making any use of the RE/MAX trademarks or any mark confusingly similar to or likely to dilute the distinctiveness of the RE/MAX trademarks;

(ii)    manufacturing, producing, distributing, circulating, selling or otherwise disposing of any printed material which bears any copy or colorable imitation of the RE/MAX trademarks;

(iii)    using any unauthorized copy or colorable imitation of the RE/MAX trademarks in such fashion as is likely to falsely relate or connect Defendants with RE/MAX or the RE/MAX Network;

9

(iv)   using any false designation of origin or false description which can or is likely to lead the trade or public, or individual members thereof, to mistakenly believe that any service advertised, promoted, offered or sold by Defendants is sponsored, endorsed, connected with, approved or authorized by RE/MAX or the RE/MAX Network;

(v)    causing likelihood of confusion or injury to RE/MAX's business reputation and to the distinctiveness of the RE/MAX trademarks by unauthorized use of the same;

(vi)   engaging in any other activity constituting unfair competition or infringement of the RE/MAX trademarks or RE/MAX's rights in, or to use, or to exploit the same; and

(vii)  assisting, aiding or abetting another person or business entity in engaging or performing any of the activities enumerated in subparagraphs (i) through (vi) above.

B.     Find that the acts of Defendants constitute trademark infringement in violation of United States law.

C.     Find that Defendants have unfairly competed with RE/MAX and/or the RE/MAX Network by the acts complained of herein in violation of United States law.

D.     Find that the acts of Defendants constitute trademark infringement in violation of Illinois Trademark Act, 765 ILCS 1036, Section 60.

E.     Find that the acts of Defendants constitute trademark infringement in violation of the common law of the state of Illinois.

*DEN 96648443v1 June 9, 2008*

F.    Find that the acts of Defendants constitute unfair competition in violation of the common law of the state of Illinois.

G.    Find that the acts of Defendants constitute misappropriation of business value in violation of the common law of the state of Illinois.

H.    Grant an order requiring Defendants and any principals, agents, servants, employees, successors and assigns of and all those in privity or concert with the Defendants who receive actual notice of said order, to deliver up all signs, awnings, structures, articles, and promotional, advertising and any other printed materials of any kind bearing (i) the designation RE/GAR; or (ii) any other mark or design that is confusingly similar to or likely to dilute the distinctiveness of the RE/MAX trademarks.

I.    Find Defendants jointly and severally liable and award to RE/MAX monetary damages in an amount to be fixed by the Court in its discretion as just, including all of the Defendants' profits or gains of any kind resulting from their willful infringement, said amount to be trebled, and exemplary damages in view of the intentional nature of the acts complained of herein, pursuant to 15 U.S.C. § 1117.

J.    Find Defendants jointly and severally liable and award to RE/MAX monetary damages in an amount to be fixed by the Court in its discretion as just, including all of the Defendants' profits or gains of any kind resulting from their willful infringement, said amount to be increased in view of the intentional nature of the acts complained of herein, pursuant to the statutory and common law of the state of Illinois.

K.    Award to RE/MAX its attorneys' fees, due to the exceptional nature of this case, and all of RE/MAX's costs and expenses of litigation.

*DEN 96648443v1 June 9, 2008*

L.    Grant to RE/MAX such other and further relief as the Court may deem just, proper and equitable under the circumstances.

### Jury Demand

RE/MAX demands a trial by jury on all issues so triable.

Respectfully submitted this 9th day of June, 2008.

GREENBERG TRAURIG, LLP

/s Jeffrey P. Dunning
Mark R. Galis (IL ARDC #6206938)
Jeffrey P. Dunning (IL ARDC #6273364)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone: 312-456-8400
Facsimile:  312-456-8435

Of Counsel:
John R. Posthumus
Gayle L. Strong
Amber Jene Sayle
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado  80202
Telephone:  (303) 572-6500
Facsimile:  (303) 572-6540

Attorneys for Plaintiff RE/MAX International, Inc.

*DEN 96648443v1 June 9, 2008*

08CV3328
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ
NF

# EXHIBIT A

Int. Cls.: 35 and 36

Prior U.S. Cl.: 101

**Reg. No. 1,139,014**

## United States Patent and Trademark Office

Registered Aug. 26, 1980

### SERVICE MARK
**Principal Register**

## RE/MAX

Re/Max of America, Inc. (Colorado corporation)
5555 S. Trenton Way
Englewood, Colo.  80110

For: RENDERING TECHNICAL AID AND ASSIST-
ANCE TO OTHERS IN THE ESTABLISHMENT AND
OPERATION OF A REAL ESTATE BROKERAGE
AGENCY, in CLASS 35 (U.S. CL. 101).
  First use Jan. 30, 1973; in commerce Jun. 1, 1973.
  For: REAL ESTATE BROKERAGE SERVICES, in
CLASS 36 (U.S. CL. 101).
  First use Jan. 30, 1973; in commerce Jun. 1, 1973.

Ser. No. 113,283. Filed Jan. 21, 1977.

MARC BERGSMAN, Primary Examiner





# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 12, 1997

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,339,510* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *June 04, 1985*

SECTION 8 & 15

SAID RECORDS SHOW TITLE TO BE IN:
 *RE/MAX INTERNATIONAL, INC.*



By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

MICHELLE GRIFFIN

Certifying Officer

Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,339,510
Registered June 4, 1985

## SERVICE MARK
### PRINCIPAL REGISTER

## RE/MAX

RE/MAX OF AMERICA. INC. (COLORADO CORPORATION)
5251 S. QUEBEC
ENGLEWOOD, CO 80111

FOR: INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CL. 102)

FIRST USE 4-1-1980; IN COMMERCE 4-1-1980.

OWNER OF U.S. REG. NO. 1.139.014.

SER. NO. 510.503. FILED 11-26-1984.

SHARON R. MARSH. EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



Director of the United States Patent and Trademark Office

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,403,626

## United States Patent and Trademark Office

Registered Nov. 14, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## RE/MAX

RE/MAX INTERNATIONAL, INC. (COLORADO COR-
PORATION)
8390 EAST CRESCENT PARKWAY, SUITE 600
GREENWOOD VILLAGE, CO 80111

FOR: PROVIDING A WEBSITE ON GLOBAL COM-
PUTER NETWORKS FEATURING INFORMATION IN
THE FIELD OF REAL ESTATE, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 8–1–1995; IN COMMERCE 8–1–1995.

OWNER OF U.S. REG. NOS. 1,139,014, 2,119,607
AND OTHERS.

SER. NO. 75–712,611, FILED 5–24–1999.

CAROLINE WEIMER, EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Bruce Lehman*

Commissioner of Patents and Trademarks

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,054,698

Registered Apr. 22, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## REMAX

RE/MAX INTERNATIONAL, INC. (COLORADO CORPORATION)
5445 DTC PARKWAY, SUITE 1200
ENGLEWOOD, CO 80111

FOR: FRANCHISE SERVICES, NAMELY, OF-FERING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF REAL ESTATE BROKERAGE FIRMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1977; IN COMMERCE 1-1-1977.

OWNER OF U.S. REG. NOS. 1,139,014 AND 1,173,586.

SER. NO. 75-068,927, FILED 3-7-1996.

RUSS HERMAN, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

December 12, 1997

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,106,387 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM  October 21, 1997
SAID RECORDS SHOW TITLE TO BE IN: Registrant



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

MICHELLE GRIFFIN
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,106,387

## United States Patent and Trademark Office

Registered Oct. 21, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## REMAX

RE/MAX INTERNATIONAL, INC. (COLORADO
CORPORATION)
5445 DTC PARKWAY, SUITE 1200
ENGLEWOOD, CO 80155

FOR: REAL ESTATE BROKERAGE SERV-
ICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST   USE   1-1-1977;   IN   COMMERCE
1-1-1977.
OWNER OF U.S. REG. NO. 1,339,510.

SER. NO. 75-068,799, FILED 3-7-1996.

RUSS HERMAN, EXAMINING ATTORNEY





Nº 1702048

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-first day of July 1992.

Acting Commissioner of Patents and Trademarks

EXHIBIT A

# NOTICE

*This Registration will be cancelled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*

Int. Cls.: 35 and 36

Prior U.S. Cls.: 101 and 102

**United States Patent and Trademark Office**    Reg. No. 1,702,048
Registered July 21, 1992

## SERVICE MARK
### PRINCIPAL REGISTER



RE/MAX INTERNATIONAL, INC. (COLORADO
    CORPORATION)
SUITE 1200
5445 DTC PARKWAY
ENGLEWOOD, CO 80111

   FOR: FRANCHISING SERVICES, NAMELY,
OFFERING TECHNICAL ASSISTANCE IN THE
ESTABLISHMENT AND/OR OPERATION OF
REAL ESTATE AND INSURANCE BROKER-
AGE FIRMS, IN CLASS 35 (U.S. CL. 101).
   FIRST USE 1-1-1974; IN COMMERCE
1-1-1974.
   FOR: REAL ESTATE BROKERAGE AND IN-
SURANCE BROKERAGE SERVICES, IN CLASS
36 (U.S. CLS. 101 AND 102).
   FIRST USE 1-1-1974; IN COMMERCE
1-1-1974.

   OWNER OF U.S. REG. NOS. 1,139,014,
1,158,371, AND 1,173,586.
   THE DRAWING IS LINED FOR COLOR TO
SHOW THE TOP RECTANGULAR BAR TO BE
RED AND THE BOTTOM RECTANGULAR
BAR TO BE BLUE.
   THE MIDDLE BAR IS WHITE AND IS
BOUNDED ON THE LEFT AND RIGHT BY
DOTTED LINES TO SHOW ITS LOCATION.
SUCH DOTTED LINES ARE NOT PART OF
THE MARK AND NO CLAIM IS MADE TO
SUCH DOTTED LINES.

   SER. NO. 73-839,624, FILED 11-15-1989.

LINDA E. BOHANNON, EXAMINING ATTOR-
NEY



### The United States of America

№ 1691854

#### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

#### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this ninth day of June 1992.

## NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*

Int. Cls.: 35 and 36

Prior U.S. Cls.: 101 and 102



## United States Patent and Trademark Office

Reg. No. 1,691,854
Registered June 9, 1992

### SERVICE MARK
### PRINCIPAL REGISTER



RE/MAX INTERNATIONAL, INC. (COLORADO CORPORATION)
SUITE 1200,
5445 DTC PARKWAY
ENGLEWOOD, CO 80111

FOR: FRANCHISING SERVICES; NAMELY, OFFERING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF REAL ESTATE AND INSURANCE BROKERAGE FIRMS, IN CLASS 35 (U.S. CL. 101).

FIRST USE 10-7-1979; IN COMMERCE 10-7-1979.

FOR: REAL ESTATE BROKERAGE AND INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 10-7-1979; IN COMMERCE 10-7-1979.

OWNER OF U.S. REG. NOS. 1,139,014, 1,158,371, AND 1,173,586.

SER. NO. 73-839,631, FILED 11-15-1989.

LINDA E. BOHANNON, EXAMINING ATTORNEY



# The United States of America

NO 1720592

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-ninth day of September 1992.

Douglas B. Comer

Acting Commissioner of Patents and Trademarks

Int. Cls.: 35 and 36

Prior U.S. Cls.: 101 and 102

**United States Patent and Trademark Office**

Reg. No. 1,720,592
Registered Sep. 29, 1992

## SERVICE MARK
### PRINCIPAL REGISTER



RE/MAX INTERNATIONAL, INC. (COLORADO CORPORATION).
SUITE 1200;
5445 DTC PARKWAY
ENGLEWOOD, CO 80111

FOR: FRANCHISING SERVICES; NAMELY, OFFERING TEHCNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF REAL ESTATE AND INSURANCE BROKERAGE FIRMS, IN CLASS 35 (U.S. CL. 101).
FIRST USE 10-7-1979; IN COMMERCE 10-0-1979.
FOR: REAL ESTATE BROKERAGE AND INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 10-7-1979; IN COMMERCE 10-0-1979.
THE DRAWING IS LINED FOR COLOR TO SHOW THE TOP RECTANGULAR BAR TO BE RED AND THE BOTTOM RECTANGULAR BAR TO BE BLUE. THE MIDDLE BAR IS WHITE AND IS BOUNDED ON THE LEFT AND RIGHT BY DOTTED LINES TO SHOW ITS LOCATION. THE DOTTED LINES ARE NOT PART OF THE MARK AND NO CLAIM IS MADE TO SUCH DOTTED LINES.

SER. NO. 73-839,632, FILED 11-15-1989.

LINDA E. BOHANNON, EXAMINING ATTORNEY



**SERVICEMARK**

**CERTIFICATE OF RENEWAL**

Application has been made by, **RE/MAX INTERNATIONAL, INC., 8390 E CRESCENT PKWY, STE 600, GREENWOOD VILLAGE, CO 80111** , for renewal of **SERVICEMARK** registration number **057035**, which is described as follows: "**RE/MAX**" registered on **August 13, 1985**, a specimen or facsimile of which mark, as currently used, is attached hereto:



The application has been duly examined and the registration has been found to be renewable in accordance with the laws of this State. The registration is therefore renewed as of this day for a five year period ending **August 13, 2010.**

In Witness Whereof, I have hereunto set my hand and caused to be affixed the Great Seal of State, at the Capitol in the city of Springfield, July 12, 2005.

*Jesse White*

**JESSE WHITE**
**SECRETARY OF STATE**





OFFICE OF THE SECRETARY OF STATE

SPRINGFIELD, ILLINOIS  62756

GEORGE H. RYAN
SECRETARY OF STATE

IX03  C 057035  INDEX MARK: SERVICE  REG: 08131985 EXPIRES: 08132005
NAME OF MARK: RE/MAX

REGISTRANT:  RE/MAX INTERNATIONAL, INC.
AD1: 8390 EAST CRESCENT PKWY,          AD2: SUITE 600
AD3: GREENWOOD VILLAGE, CO  80111          CORP: CO

CLASS: S-101   FIRST USE: 01301973   IN IL 10071978  LAST TRANS DATE: 02201998
                                    RENEWAL NOTICE MAILED: 01131995
USED TO IDENTIFY:  REAL ESTATE BROKERAGE SERVICES.

LAST TRANS FILED BY: RE/MAX INTERNATIONAL, INC.
AD1: 8390 EAST CRESCENT PKWY,          AD2: SUITE 600
AD3: GREENWOOD VILLAGE, CO  80111
ASSIGNED FROM
AD1:                                    AD2:
AD3:                                    CORP:
HISTORY:    CCC204. RENEWED 08-11-1995. ADDRESS CHANGE 02-20-1998.

TRANS MESSAGE:



OFFICE OF THE SECRETARY OF STATE

SPRINGFIELD, ILLINOIS 62756

**GEORGE H. RYAN**
SECRETARY OF STATE

AUGUST 11, 1995

RE/MAX INTERNATIONAL, INC.
5445 DTC PARKWAY, SUITE 1200
ENGLEWOOD, COLORADO  80111

      Enclosed  is  a  Certificate  of  Renewal  for  the  following
SERVICEMARK:

     "RE/MAX" registration number 057035

    Receipt is hereby acknowledged of the statutory fee covering the
cost of same.  An application for renewal will be mailed to the
registrant approximately six months prior to the expiration date.
Please notify the department listed below of any change of address to
ensure delivery of the renewal notice.

                            Sincerely,

                            LINDA BOHAN
                            Trademark Division

Department of Business Services
Room 328 Howlett Building
Springfield, Illinois  62756

(217) 524-0400



SERVICEMARK

CERTIFICATE OF RENEWAL

Application has been made by RE/MAX INTERNATIONAL, INC. 5445 DTC PARKWAY, SUITE 1200, ENGLEWOOD, COLORADO 80111, for renewal of SERVICEMARK registration number 057035 which is described as follows: "RE/MAX" registered on AUGUST 13, 1985, a specimen or facsimile of which mark, as currently used, is attached hereto:



The application has been duly examined and the registration has been found to be renewable in accordance with the laws of this State. The registration is therefore renewed as of this day for a ten year period ending AUGUST 13, 2005.



In Witness Whereof, I have hereunto set my hand and caused to be affixed the Great Seal of State, at the Capitol in the City of Springfield, AUGUST 11, 1995.

GEORGE H. RYAN
SECRETARY OF STATE



# Certificate of Registration

**Whereas it appears from the sworn application of** _____
RE/MAX INTERNATIONAL, INC. ,

(a corporation of the State of ___Colorado___ ), located and doing business at
___5251 South Quebec, P.O. Box 3907, Englewood, Colorado 80111___ ,
that said applicant has adopted and is using, within the State of Illinois, a certain___Service___mark, which is
described as follows:_____ "RE/MAX" _____

a specimen or facsimile of which mark, as currently used, is attached hereto, to--wit:





which mark was first used on ___Jan. 30, 1973___ and first used in the State of Illinois on ___1978___ ,
and which mark is being used by said applicant to identify and distinguish the following ___real estate
brokerage services.___

In Class___S-101___ Advertising and business.

**Now, Therefore, this is to certify that** the aforesaid application has been duly examined and said mark has been
found to be registrable in accordance with the laws of this State:
**Wherefore the said mark is hereby registered and recorded,** as of this day, registration number___57035___
for a period of ten years from this date.

In Witness Whereof, I have hereunto set my hand and
affixed the Great Seal of the State of Illinois, at the Capitol, in the
City of Springfield, this ___13th___ day of ___August___ ,
A.D. 19 ___85___ .

_Jim Edgar_

_Secretary of State_

I-102.2

08CV3328
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ
NF

# EXHIBIT B





"Where Real Estate Dreams Take Flight"

**Welcome to Exit Re/Gar Realty Inc.**.. Exit Re/Gar Realty is one of the leading real estate companies in the Lake County area. Our agents combined more that 70 years of real estate experience, Multi-Lingual Agents who keep up with the changing trends and technology and are prepared to serve for all your real estate needs. We are your best choice when it comes to Real Estate.

**Looking to buy a new home, condo or any other property?** With our helpful agents, you can quickly find a home or commercial property in the right location of your choice. We have over 1200 Exit offices to serve you

**Selling your home?** Let our experienced real estate agents create a customized marketing plan to sell your property.

**Are you an investor looking for Real Estate Opportunities?** Please give a call.. We may have what you are looking for. EXIT System is here!!!

**Are you a builder who wants top marketing for your**



**properties?** We are a leading Real Estate Company Prepared with a custumized strategy to generate attention and bring buyers to your developement. We have the Fastest growing network in Real Estate!!!

## REALTOR BENEFITS:

**70/30 SPLIT***
**NO DESK FEES**
**RESIDUAL BENEFITS**
**RETIREMENT BENEFITS**
**DEATH BENEFITS**
**ENTREPRENEURSHIP OPPORTUNITIES**
## EXCELLENT LOCATION!!!!

**FREE use of** Office desk
**FREE** Company marketing
**FREE** Company Leads
**FREE** E-mail account
**FREE** Use of signs
**FREE** Sales training and broker coaching
**FREE** Secretarial services
**FREE** Broker support
**FREE** Company Advertizing

* **Agent focused company** based on agent developement resisuals!!!

* **Agent training** and developement meeting!!

* **Agent support** and accountability!!!!

Opportunity Knocks!!! The Real Estate Business is changing... Are you ready to change???

Home Page  |  Contact Information  |  Site Map
REALTOR® Toolkit  |  Client Login



Privacy Policy.

Web Site by PropertyMinder
©1997-2008
All rights reserved.
- 3 -

*"Where Real Estate Dreams Take Flight"*



## RE/GAR REALTY INC.
### Illinois Licensed Realtors®

Office: (847) 263-8100
FAX: (847) 263-8125
✉ Email Us

**RE/GAR REALTY INC.**
3607 Grand Ave.
Gurnee, IL 60031



**BUYERS!**
We have a common goal: Making you a homeowner. Let's make it happen!
Ensuring you exceptional service at every step of your home buying process.

- Search listings from the convenience of your home.
- Be the first to get new listings that match your criteria.
- Get real estate market watch updates for listings in your area.
- "For Buyers" - Your source for the latest tips, checklists and free reports.
- Personal Consultation - Vast experience and knowledge you can rely on.
- Financial advice - Loans, Mortgages, interest and tax benefits.
- Community information and Utilities.

Find knowledgeable agents who know how to get the job done, get a good deal and are responsive to all your real estate needs. Providing you prompt service, personal guidance and professional competence from contract to settlement.

**SELLERS!**
Allow us to list your home for a quick sale. As real estate specialists, we know what it takes to sell your home. We bring expert knowledge, valuable experience blended with the latest technology, a well-defined marketing plan, a cohesive network, energy, enthusiasm and the excitement of a job well done.

- Detailed Home Evaluation Report and advice on the best price to list your home.
- Vast exposure to your listing.
- Virtual tours to distinguish your listing.

- "For Sellers" - Your source for the latest tips, checklists and free reports.
- Personal Consultation - Vast experience and knowledge you can rely on.
- Relocating - Everything you need to know about the neighborhood and transferring utilities.

If you are planning to place your home on the market, browse our website for valuable information on preparing your home for sale, pricing your home right, marketing it effectively and the home inspection processes.

We are passionate about our job, love our neighborhood and keep up with the latest trends and strategies so that we can pass them on to our clients.

### Your satisfaction is our success!

Home Page  |  Contact Information  |  Site Map
REALTOR® Toolkit  |  Client Login



Privacy Policy.
Web Site by PropertyMinder
©1997-2008
All rights reserved.

- 3 -

```
08CV3328
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ
NF
```

# EXHIBIT C

