## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Re/Max International, Inc.
v.
Re/Gar Realty, Inc.
and
Porfirio Garcia

FILED: Number: JUNE 9 , 2008

08CV3328
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Re/Max International, Inc.,   PLAINTIFF

| | |
|---|---|
| NAME (Type or print) <br> Jeffrey P. Dunning | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey P. Dunning/ | |
| FIRM <br> Greenberg Traurig LLP | |
| STREET ADDRESS <br> 77 West Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP <br> Chicago, Illinois, 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6273364 | TELEPHONE NUMBER <br> 312-456-8400 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☒     NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐