IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RE/MAX INTERNATIONAL, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>RE/GAR REALTY, INC. an Illinois corporation,<br><br>and<br><br>PORFIRIO GARCIA, an individual,<br><br>Defendants. | Civil Action No.<br><br>Judge<br><br>Magistrate Judge |

```
FILED: JUNE 9 , 2008
08CV3328
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ
NF
```

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to F.R.Civ.P. 7.1 and LR3.2, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff RE/MAX International Inc., a private non-governmental corporate party, certifies that (i) RE/MAX International Holdings, Inc. is the parent corporation of the above-listed Plaintiff; and (ii) there is no publicly held corporation that owns 10% or more of the above-identified Plaintiff's stock.

1

DEN 96,610,580v2

Respectfully submitted this 9th day of June, 2008.

        GREENBERG TRAURIG, LLP

        /s Jeffrey P. Dunning
        Mark R. Galis (IL ARDC #6206938)
        Jeffrey P. Dunning (IL ARDC #6273364)
        Greenberg Traurig, LLP
        77 West Wacker Drive
        Suite 2500
        Chicago, IL 60601
        Telephone: 312-456-8400
        Facsimile: 312-456-8435

Of Counsel:
John R. Posthumus
Gayle L. Strong
Amber Jene Sayle
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

        Attorneys for Plaintiff RE/MAX International, Inc.