AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Re/Max International, Inc.
a Colorado Corporation,

        Plaintiff

V.

Re/Gar Realty, Inc.
an Illinois Corporation,
and
Porfirio Garcia,
an Individual

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV3328

ASSIGNED JUDGE: JUDGE DARRAH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Porfirio Garcia
3607 Grand Avenue
Gurnee, Illinois 60031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, Illinois, 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Hurley*
------------------------------
**(By) DEPUTY CLERK**

June 9, 2008
------------------------------
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Re/Max International, Inc.

vs.

Re/Gar Realty, Inc. And Porfirio Garcia

Case Number  08 CV 3328

## AFFIDAVIT OF SERVICE

I, Steve Serafin, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 10 day of June, 2008, at 12:55 PM at 3607 Grand Ave., Gurnee, IL 60031, did serve the following document(s):

**Summons and Complaint**

Upon: **Porfirio Garcia**

By:  ☑ Personally serving to:   Porfirio Garcia

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 3607 Grand Ave., Gurnee, IL 60031 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **35** |
|---|---|---|---|---|---|---|
| | Height | **5'8** | Weight | **200** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Steve Serafin
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101