# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:    08CV3328

**RE/MAX INTERNATIONAL, INC.**

**v.**

**RE/GAR REALTY, INC AND**
**PORFIRIO GARCIA**


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RE/GAR REALTY, INC. AND PORFIRIO GARCIA

| |
|---|
| NAME (Type or print)<br>Hazel Espinar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>            s/Hazel Espinar |
| FIRM<br>Law Offices of Hazel Espinar, PC |
| STREET ADDRESS:<br>8 S. Michigan Ave. Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC No.         6287817 | TELEPHONE NUMBER<br>312-578-0907 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES X  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐ NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐ NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |

Case 1:08-cv-03328   Document 13   Filed 06/30/2008   Page 2 of 2