**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    08CV3328

**RE/MAX INTERNATIONAL, INC.**

v.

**RE/GAR REALTY, INC AND**
**PORFIRIO GARCIA**


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RE/GAR REALTY, INC. AND PORFIRIO GARCIA

| |
|---|
| NAME (Type or print) <br> Leon Edelson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>       S/ Leon Edelson |
| FIRM <br> Edelson IP Law Group, Ltd. |
| STREET ADDRESS: <br> 2275 Half Day Road, Suite 122 |
| CITY/STATE/ZIP <br> Bannockburn, IL 60015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No.          6198669 | TELEPHONE NUMBER <br> 847-374-9797 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐ NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐ NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES X NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |