**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| RE/MAX INTERNATIONAL, INC. ) <br> a Colorado corporation ) <br> Plaintiff ) <br> v. ) <br> ) <br> RE/GAR REALTY, INC. ) <br> an Illinois corporation ) <br> ) <br> and ) <br> ) <br> Porfirio Garcia, ) <br> an individual ) <br> Defendants ) | Civil Action No. 08 CV 3328 <br><br> Judge: Darrah <br><br> Magistrate Judge: Valdez |

Defendants by and through his attorneys, Hazel Espinar and Leon Edelson, hereby respectfully requests this Honorable Court to grant him an Extension of Time, up to and including July 21, 2008, to answer or otherwise plead to plaintiff's complaint.

1. Defendants answer or responsive pleading to the Complaint is due on June 30, 2008.

2. Defendants hired undersigned attorneys on June 27, 2008. Defendants' attorneys require additional time to prepare a responsive pleading.

3. Defendants' motion has not been brought for the purpose of any delay or harassment nor will granting such motion result in any harm or prejudice to plaintiff.

4. Plaintiff has agreed to an extension of time for Defendants' answer or responsive pleading for an additional twenty-one (21) days from June 30, 2008, until July 21, 2008.

WHEREFORE, for the foregoing reasons, defendant respectfully moves this court for an extension of time, up to and including July 21, 2008 in which to answer or otherwise plead to plaintiff's complaint.

        Respectfully submitted,

        /S Hazel Espinar
        Hazel Espinar

Law Offices of Hazel Espinar, PC
Hazel Espinar (6287817)
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Ph:(312)578-0907
Fax: (800)644-9147

Leon Edelson (6198669)
Edelson IP Law Group, Ltd.
2275 Half Day Road, Suite 122
Bannockburn, IL 60015
Ph: (847) 374-9797
Fax 847-374-9799