**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 30, 2008, a true and correct copy of the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Plead was electronically filed wit the Clerk of the Court for the Northern District of Illinois using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

<u>/S Hazel Espinar</u>
Hazel Espinar (6287817)
Law Offices of Hazel Espinar, PC
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Ph:(312)578-0907
Fax: (800)644-9147

<u>/S Leon Edelson</u>
Leon Edelson (6198669)
Edelson IP Law Group, Ltd.
2275 Half Day Road, Suite 122
Bannockburn, IL 60015
Ph: (847) 374-9797
Fax 847-374-9799