### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RE/MAX INTERNATIONAL, INC. ) <br> a Colorado corporation ) <br>               Plaintiff ) <br> v. ) <br>   ) <br> RE/GAR REALTY, INC. ) <br> an Illinois corporation ) <br>   ) <br> and ) <br>   ) <br> Porfirio Garcia, ) <br> an individual ) <br>               Defendants ) | Civil Action No. 08 CV 3328 <br><br> Judge Darrah <br><br> Magistrate Judge Valdez |

### **NOTICE OF MOTION**

TO:    Jeffrey P. Dunning, Esq.
          GREENBERG TRAURIG, LLP
          77 West Wacker Drive
          Suite 2500
          Chicago, IL 60601

Please take notice that on Thursday, July 17, 2008 at 9:00, we shall appear before the Honorable Judge Darrah in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Agreed Motion for Extension of Time for Defendant to Answer or Otherwise Plead which is herewith served upon you.

                                                 Respectfully submitted,

                                                 S/ Hazel Espinar
                                                 Hazel Espinar

       Law Offices of Hazel Espinar, PC
       Hazel Espinar
       8 S. Michigan Ave., Suite 2600
       Chicago, IL 60603
       Ph:(312)578-0907
       Fax: (800)644-9147

Leon Edelson
Edelson IP Law Group, Ltd.
2275 Half Day Road, Suite 122
Bannockburn, IL 60015
Ph: (847) 374-9797
Fax 847-374-9799

## CERTIFICATE OF SERVICE

I, being first duly sworn on oath, depose and state that I filed via CM/ECF the foregoing Notice to counsel noted above on July 1, 2008.

S/ Hazel Espinar
Hazel Espinar
