IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| RE/MAX INTERNATIONAL, INC. | ) | |
| a Colorado corporation | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08 CV 3328 |
|  | ) | |
| RE/GAR REALTY, INC. | ) | |
| an Illinois corporation | ) | Judge Darrah |
|  | ) | |
| and | ) | |
|  | ) | Magistrate Judge Valdez |
| Porfirio Garcia, | ) | |
| an individual | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

TO:   Jeffrey P. Dunning, Esq.
      GREENBERG TRAURIG, LLP
      77 West Wacker Drive
      Suite 2500
      Chicago, IL 60601

Please take notice that the Motion for the Extension of Time is unopposed and we shall appear on Thursday, July 31, 2008 at 9:00 before the Honorable Judge Darrah in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Agreed Motion for Extension of Time for Defendant to Answer or Otherwise Plead which is herewith served upon you.

                                          Respectfully submitted,

                                          S/ Leon Edelson
                                          Leon Edelson

Leon Edelson
Edelson IP Law Group, Ltd.
2275 Half Day Road, Suite 122
Bannockburn, IL 60015
Ph: (847) 374-9797
Fax 847-374-9799

Law Offices of Hazel Espinar, PC
Hazel Espinar
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Ph:(312)578-0907
Fax: (800)644-9147

## CERTIFICATE OF SERVICE

I, being first duly sworn on oath, depose and state that I filed via CM/ECF the foregoing Notice to counsel noted above on July 21, 2008.

                                              S/ Leon Edelson
                                              Leon Edelson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RE/MAX INTERNATIONAL, INC. ) <br> a Colorado corporation ) <br>          Plaintiff ) <br> v. ) <br> ) <br> RE/GAR REALTY, INC. ) <br> an Illinois corporation ) <br> ) <br> and ) <br> ) <br> Porfirio Garcia, ) <br> an individual ) <br>          Defendants ) | Civil Action No. 08 CV 3328 <br><br> Judge: Darrah <br><br> Magistrate Judge: Valdez |

Defendants by and through his attorneys, Hazel Espinar and Leon Edelson, hereby respectfully requests this Honorable Court to grant him an Extension of Time, up to and including August 4, 2008, to answer or otherwise plead to plaintiff's complaint.

1. Defendants answer or responsive pleading to the Complaint is due on July 21, 2008.

2. Defendants' attorneys are waiting on materials from client in order to complete the responsive pleading.

3. Defendants' motion has not been brought for the purpose of any delay or harassment nor will granting such motion result in any harm or prejudice to plaintiff.

4. Plaintiff has agreed to an extension of time for Defendants' answer or responsive pleading for an additional fourteen days (14) days from July 21, 2008, until August 4, 2008.

WHEREFORE, for the foregoing reasons, defendant respectfully moves this court for an extension of time, up to and including August 4, 2008 in which to answer or otherwise plead to plaintiff's complaint.

                Respectfully submitted,

                <u>/S Leon Edelson</u>
                Leon Edelson

Leon Edelson (6198669)
Edelson IP Law Group, Ltd.
2275 Half Day Road, Suite 122
Bannockburn, IL 60015
Ph: (847) 374-9797
Fax 847-374-9799

Law Offices of Hazel Espinar, PC
Hazel Espinar (6287817)
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Ph:(312)578-0907
Fax: (800)644-9147

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 21, 2008 a true and correct copy of the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Plead was electronically filed wit the Clerk of the Court for the Northern District of Illinois using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

<u>/S Leon Edelson</u>
Leon Edelson (6198669)
Edelson IP Law Group, Ltd.
2275 Half Day Road, Suite 122
Bannockburn, IL 60015
Ph: (847) 374-9797
Fax 847-374-9799<u>/S Hazel Espinar</u>


Hazel Espinar (6287817)
Law Offices of Hazel Espinar, PC
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Ph:(312)578-0907
Fax: (800)644-9147