## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3328 | **DATE** | 7/23/08 |
| **CASE TITLE** | Re/Max International, Inc. v. Re/Gar Realty, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for extension of time [19, 20] is granted. Defendants have until 8/4/08 to answer or otherwise plead.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|