**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RE/MAX INTERNATIONAL, INC. ) <br> a Colorado corporation ) <br>      Plaintiff ) <br> v. ) <br> ) <br> RE/GAR REALTY, INC. ) <br> an Illinois corporation ) <br> ) <br> and ) <br> ) <br> Porfirio Garcia, ) <br> an individual ) <br>      Defendants ) | Civil Action No. 08 CV 3328 <br><br> Judge: Darrah <br><br> Magistrate Judge: Valdez |

**CERTIFICATE OF SERVICE**

TO: Jeffrey P. Dunning
   Mark R. Gallis
   Amber Jene Sayle
   GREEN TRAURIG, LLP
   77 West Wacker Drive, Suite 2500
   Chicago, IL 60601

I, Leon I. Edelson, one of the attorneys for Defendants RE/GAR REALTY, INC., and Porfirio Garcia, hereby certifies on this 5th day of August 2008, I caused a copy of the Answer with Affirmative Defenses to be served by .PDF attachment by electronic mail to the following e-mail addresses:

Jeffrey P. Dunning
Mark R. Galiss
Amber Jene Sayle
GREEN TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
dunning@gtlaw.com, chiedocket@gtlaw.com
galism@gtlaw.com
saylea@gtlaw.com

              Respectfully submitted,

              /S Leon Edelson
              Leon Edelson

Hazel Espinar (hazel@registerandprotect.com)