# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3328 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Re/Max Intl., Inc. Vs. Re/Gar Realty, Inc. | | |

**DOCKET ENTRY TEXT**

Motion by attorney Gayle Strong for leave to appear pro hac vice for on behalf of the plaintiff is granted [22].

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|